NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HO KEUNG TSE,**

*Plaintiff-Appellant,*

v.

**GOOGLE INC., SAMSUNG TELECOMMUNICATIONS AMERICA LLC, HTC AMERICA, INC., AND BLOCKBUSTER, INC.,**

*Defendants-Appellees.*

---

2014-1222

---

Appeals from the United States District Court for the Northern District of California in No. 13-cv-00194, Judge Susan Y. Illston.

---

## JUDGMENT

---

HO KEUNG, TSE, of Cheung Sha, Hong Kong, pro se.

STEPHANIE P. SKAFF, Farella Braun + Martel LLP, of San Francisco, California, for Google, Inc. With her on the brief were DEEPAK GUPTA; BIJAL VAKIL and ERIC KRAUSE, White & Case LLP, of Palo Alto, California, for Samsung Telecommunications America, LLC; JERRY R. SELINGER, Patterson & Sheridan, LLP, of Dallas, Texas

for HTC America, Inc.; and SCOTT LLEWELLYN, Morrison & Foerster LLP, of Denver, Colorado, for Blockbuster, LLC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LINN and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 16, 2014
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court